JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELGADO, <br>     Petitioner, <br>   v. <br> LYDIA C. HENSE, Warden, <br>     Respondent. | NO. CV 11-8572-JFW (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 23, 2014

_____
JOHN F. WALTER
United States District Judge